In the Matter of the Application of ISAAC E. PEARSON, Appellant, for a Certiorari Order against WILLIAM WILSON, Supervisor, and Others, Constituting a Board of Town Auditors of the Town of Owasco, County of Cayuga, N. Y., Respondents.

*Certiorari — order — motion to amend order denied where motion papers fail to state necessary amendments.*

Appeal from an order of the Supreme Court, made at the Wayne Special Term and entered in the Cayuga county clerk's office on November 18, 1924, denying petitioner's motion to amend the mandate or order allowed in certiorari proceedings.

PER CURIAM: The order is affirmed because the motion papers fail to state what the amendments are which are sought and, therefore, it is impossible to pass upon their necessity. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ. Order denying motion to amend certiorari order affirmed, with ten dollars costs and disbursements, with leave to renew motion upon proper papers.

---

SWAN-FINCH OIL CORPORATION, Respondent, v. GEORGE P. MANNING and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

JESSIE HARRIS, Plaintiff, v. RAYMOND E. HART and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of Proving the Last Will and Testament of CHRIST SCHUTT, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

THE CITY OF SYRACUSE, Appellant, v. FANNY B. SNOW and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

GEORGE B. YOUNG, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs.

NOBERT C. SHULTS, Respondent, v. JOHN W. SHAY, Appellant.— Motion granted and appeal dismissed, with costs.

JOSEPH BARTLETT, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

MORRIS SPITALNY, Respondent, v. SOL ROSOKOFF and Others, Appellants.— Motion granted and appeal dismissed, with costs.

MARGARET BLOTT, Respondent, v. MARY FLANAGAN and Others, Appellants.— Motion granted and appeal dismissed, with costs.

DORA HOEGER and Others, Respondents, v. GEORGE DORSCHEID and Others, Appellants.— Motion granted and appeal dismissed.

HELEN GAIK, an Infant, etc., Respondent, v. WILLIAM A. BARR and Others, Appellants.— Motion granted and appeal dismissed, with costs.

JOHN NAGEL, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

WILLIAM W. PEACOCK, Respondent, v. HENRY A. MARTIN, Appellant.— Motion granted and appeal dismissed, with costs.

ARTHUR J. STIKNEY and Others, as Copartners, etc., Respondents, v. MAX WAGNER, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers on appeal by September twenty-fifth.

JOHN HALEY, Respondent, v. SUPERIOR ELEVATOR Co., INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by September twenty-fifth.